IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) MISC. NO. 2:17-mc-3808-mHT-SRW ) |
| TRANSAMERICA PREMIUM LIFE INSURANCE COMPANY, | ) ) ) |
| Garnishee, | ) ) |
| COMONE D. ROSS, | ) ) |
| Defendant. | ) |

<u>WRIT OF GARNISHMENT</u>

GREETINGS TO:    TRANSAMERICA PREMIUM LIFE INSURANCE COMPANY
4333 Edgewood Road NE
Cedar Rapids, IA 52499

Judgment having been entered in the above cause on September 25, 2017, in the sum of $285,612.00, against the defendant, COMONE D. ROSS said sum having not been paid, you are commanded to immediately withhold all property in your custody, control or possession of the defendant, COMONE D. ROSS **including but not limited to, unclaimed property also known as premium refunds on individual in account number 115499563** and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property and which will notify you when this Writ is no longer in effect.

IN WITNESS WHEREOF, I, <u>Debra P. Hackett</u>, Clerk of said Court, have Set My Hand this the 20th day of December, 2017.

DEBRA P. HACKETT, Clerk
United States District Court
For the Middle District of Alabama

BY: _____
Deputy Clerk