IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:17mc3808-MHT |
| | ) | (WO) |
| TRANSAMERICA PREMIUM LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| COMONE DENISE ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the government's motion to turn over funds (doc. no. 7), and having received no objection from the defendant, it is ORDERED that the motion is granted, and that the garnishee, Transamerica Premium Life Insurance Company, shall turn over all assets belonging to defendant Comone D. Ross and issue a check to the Clerk, U. S. District Court, One Church Street, Suite B-110, Montgomery, AL 36104, to be applied to the

restitution ordered in criminal case no. 2:17-cr-115 (*United States of America v. Comone Denise Ross*.)

This case is closed.

DONE, this the 8th day of March, 2019.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE